VON WEIN *v.* SCOTTISH UNION & NAT. INS. CO.

(*Superior Court of New York City, General Term.* March 4, 1890.)

No opinion. The motion should be denied, with $10 costs. The action of the court in affirming the order denying the motion for a new trial was deliberate and advised. The decision involved familiar and often-applied rules.

---

JAMES, Appellant, *v.* MCCREERY, Respondent.

(*Superior Court of New York City, General Term.* April 7, 1890.)

Appeal from special term.

Action by Ada L. James against James McCreery. Plaintiff appeals from order staying proceedings.

Argued before SEDGWICK, C. J., and DUGRO, J.

*Edward F. James,* for appellant.   *W. F. Dunning,* for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements to be taxed.

---

BROWN, Appellant, *v.* NEY *et al.,* Respondents.

(*Superior Court of New York City, General Term.* May 5, 1890.)

Appeal from trial term.

Action by Samuel G. Brown and Emil Ney and Theresa Stiefel to recover $3,500, as damages for the defendants' breach of their contract, by which they agreed to hire him as traveling salesman.

Argued before SEDGWICK, C. J., and FREEDMAN, J.

*Morris S. Wise,* for appellant.   *Charles Strauss,* for respondents.

PER CURIAM. None of the exceptions taken by the plaintiff appears to be tenable. The issues were fully and fairly submitted to the jury under a charge to which no exception was taken, and no reason appears for a disturbance of the verdict. The judgment and order should be affirmed, with costs on the opinion delivered by the trial judge on denying plaintiff's motion for a new trial.

---

HOPKINS, Respondent, *v.* NIAGARA MACH. CO., Appellant.

(*Superior Court of Buffalo, General Term.* November 19, 1889.)

No opinion. Appeal from municipal court. Judgment affirmed, with costs, on opinion of HATCH, J., in *Brown* v. *Machine Co.,* 7 N. Y. Supp. 514.

---

LENIHAN, Respondent, *v.* BRONNER, Appellant.

(*Superior Court of Buffalo, General Term.* November 19, 1889.)

Argued before BECKWITH, C. J., and HATCH, J.

No opinion. Judgment affirmed, with costs.

---

RAUCH, Respondent, *v.* NEW YORK, L. & W. R. CO., Appellant.

(*Superior Court of Buffalo, General Term.* November 19, 1889.)

Argued before BECKWITH, C. J., and HATCH, J.

No opinion. Judgment reversed, and new trial ordered, with costs to abide the event, on opinion of TITUS, J., in *Reming* v. *Railroad Co.,* 7 N. Y. Supp. 516.